IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BARACK OBAMA, et al.,            ) | |
|     Plaintiffs,                        ) | |
| vs.                                              ) | No. 3:09-CV-2260-K |
|                                                   ) | |
| UNITED STATES OF AMERICA,    ) | |
| et al.,                                         ) | |
|     Defendants.                     ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, Phil Busch is warned that sanctions may be imposed for future abusive litigation practices. By separate judgment, the Court formally dismisses this action with prejudice.

SO ORDERED.

**SIGNED** this 24th day of February, 2010.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE